AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Besosa, Francisco A | U.S. District Court, P.R. | 06/22/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse<br>CH- 119<br>San Juan, PR 00918 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President - Treasurer | Filial Amor Corp. ▮▮▮▮held corporation) |
| 2. Partner / Stockholder until 6/2006 | Adsuar, Muniz, Goyco & Besosa, PSC |
| 3. Executor | Estates #1, #2, #3 and #4 |
| 4. | |
| 5. | |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 20 A 10: 15 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Adsuar, Muniz, Goyco & Besosa, PSC - salary | $ 118,333 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Puerto Rico General Court of Justice -Superior Court Judge - salary |
| 2. 2006 | Docto Juris, Corp. - Bar review course instructor - salary |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

| X | NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

| X | NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -Accounts Receivable from Asuar, Muniz, Goyco & Besosa, PSC | G | Interest | J | T | | | | | See note in Part VIII |
| 2. Oriental Group - Diversified Growth IRA | | None | L | T | | | | | |
| 3. Oriental Group - Diversified Growth IRA | | None | M | T | | | | | |
| 4. Law Firm Adsuar, Muniz, Goyco & Besosa, PSC stock | D | None | K | U | | | | | See note in Part VIII |
| 5. Filial Amor Corp. - common stock | | None | K | U | | | | | |
| 6. Share in FAHBU, S.E. | | None | K | U | | | | | |
| 7. Docto Juris, Inc. - common stock | B | Dividend | J | T | | | | | |
| 8. Oriental Group - CODA Profit Sharing Plan (401K) | G | Distribution | | T | | | | | |
| 9. Caribbean Pensions - Money Purchase Plan | G | Distribution | J | T | | | | | |
| 10. Estate #1 | | None | N | T | | | | | |
| 11. -GNMA unit 094 | | None | K | T | | | | | |
| 12. -Lehman Bros. Grantor Tr. Mtg. Tr | | None | K | T | | | | | |
| 13. - GNMA unit 093 | | None | K | T | | | | | |
| 14. -GNMA unit 083 | | None | K | T | | | | | |
| 15. -GNMA unit 084 | | None | K | T | | | | | |
| 16. -GNMA unit 081 | | None | K | T | | | | | |
| 17. -GNMA unit 082 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GNMA unit 081 | | None | K | T | | | | | |
| 19. -PR Commonwealth Indl. Dev. Co. Rev. Rfdg. | | None | L | T | | | | | |
| 20. -PR Hsg Bk & Fin Agy. Sing Fam Mtg. | | None | J | T | | | | | |
| 21. - First PR Tax Exempt FD Pfd | | None | M | T | | | | | |
| 22. Estate #2 | | None | N | T | | | | | |
| 23. -GNMA unit 094 | | None | K | T | | | | | |
| 24. -Lehman Bros. Grantor Tr. Mtg. Tr | | None | J | T | | | | | |
| 25. - GNMA unit 093 | | None | K | T | | | | | |
| 26. -GNMA unit 083 | | None | K | T | | | | | |
| 27. -GNMA unit 084 | | None | K | T | | | | | |
| 28. -GNMA unit 081 | | None | K | T | | | | | |
| 29. -GNMA unit 082 | | None | K | T | | | | | |
| 30. -GNMA unit 081 | | None | K | T | | | | | |
| 31. -PR Commonwealth Indl. Dev. Co. Rev. Rfdg. | | None | L | T | | | | | |
| 32. -PR Hsg Bk & Fin Agy. Sing Fam Mtg. | | None | J | T | | | | | |
| 33. - First PR Tax Exempt FD Pfd | | None | M | T | | | | | |
| 34. Estate #3 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -George Putnam Fund of Boston Cl-A | | None | K | T | | | | | |
| 36.   Estate #4 (X) | | None | N | T | | | | | See note in Part VIII |
| 37.   Cash in Bank (Scotiabank) | A | Interest | K | T | | | | | |
| 38.   Cash in bank (Banco Popular) | | None | J | T | | | | | |
| 39.   -GNMA unit 094 | | None | K | T | | | | | |
| 40.   -Lehman Bros. Grantor Tr. Mtg. Tr | | None | J | T | | | | | |
| 41.   - GNMA unit 093 | | None | K | T | | | | | |
| 42.   -GNMA unit 083 | | None | K | T | | | | | |
| 43.   -GNMA unit 084 | | None | K | T | | | | | |
| 44.   -GNMA unit 081 | | None | K | T | | | | | |
| 45.   -GNMA unit 082 | | None | K | T | | | | | |
| 46.   -GNMA unit 081 | | None | K | T | | | | | |
| 47.   -PR Commonwealth Indl. Dev. Co. Rev. Rfdg. | | None | L | T | | | | | |
| 48.   -PR Hsg Bk & Fin Agy. Sing Fam Mtg. | | None | J | T | | | | | |
| 49.   - First PR Tax Exempt FD Pfd | | None | M | T | | | | | |
| 50.   -George Putnam Fund of Boston Cl-A | | None | K | T | | | | | |
| 51.   Brokerage Account #1 - Money Fund | A | Interest | N | T | | | | | See note in Part |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | VIII |
| 52. -Cash balance (UBS Bank) | A | Interest | K | T | | | | | |
| 53. -GNMA unit 048 | | None | K | T | | | | | |
| 54. -GNMA unit 049 | | None | K | T | | | | | |
| 55. -GNMA util 050 | | None | K | T | | | | | |
| 56. -GNMA unit 051 | | None | K | T | | | | | |
| 57. -GNMA unti 052 | | None | K | T | | | | | |
| 58. -GNMA unit 053 | | None | K | T | | | | | |
| 59. -GNMA unti 054 | | None | K | T | | | | | |
| 60. -GNMA unit 055 | | None | K | T | | | | | |
| 61. -GNMA unit 056 | | None | K | T | | | | | |
| 62. -GNMA unit 057 | | None | K | T | | | | | |
| 63. -GNMA unit 058 | | None | K | T | | | | | |
| 64. -GNMA unit 059 | | None | K | T | | | | | |
| 65. -GNMA unit 060 | | None | K | T | | | | | |
| 66. -GNMA unit 00 | | None | K | T | | | | | |
| 67. Cash in bank (Scotiabank) (X) | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | | | | | |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and B4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) The Accounts Receivable consisted of advances made to Adsuar, Muniz, Goyco & Besosa, PSC, at 15% annual interest. Totally collected as of 12/31/2006. (Part VII, Investments and Trusts)

4) Share of net income from Adsuar, Muniz, Goyco & Besosa, PSC. (Part VII, Investments and Trusts)

36) New Estate

37) Investments in GNMA were purchased during November 2006. Prior to that, only cash was deposited in the account.

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 06/22/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_ _July 18, 2007_

NOTE: ANY I̶̶̶̶̶̶̶̶̶̶̶ ̶̶̶̶̶̶̶̶WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINA̶̶ ̶̶̶̶ . app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Besosa, Francisco A | 2. Court or Organization<br><br>U.S. District Court, P.R. | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address<br><br>US Courthouse<br>CH- 119<br>San Juan, PR 00918 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President - Treasurer | Filial Amor Corp. (Family held corporation) |
| 2. Partner / Stockholder until 9/26/2006 | ██████████████, PSC |
| 3. Executor | Estates #1, #2, #3 and #4 |
| 4. | |
| 5. | |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | ▬▬▬▬▬▬ PSC - salary | $ 118,333 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Puerto Rico General Court of Justice -Superior Court Judge - salary |
| 2. 2006 | Docto Juris, Corp. - Bar review course instructor - salary |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. ▬▬▬▬▬ PSC | Expense Account |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. -Accounts Receivable from ▇▇▇ | G | None | | | exempt | | | | See note in Part VIII |
| 2. Oriental Group - Diversified Growth IRA | | None | L | T | | | | | |
| 3. Oriental Group - Diversified Growth IRA | | None | M | T | | | | | |
| 4. Law Firm ▇▇▇ PSC stock | D | None | K | U | | | | | See note in Part VIII |
| 5. Filial Amor Corp. - common stock | | None | K | U | | | | | |
| 6. Share in FAHBU, S.E. | | None | K | U | | | | | |
| 7. Docto Juris, Inc. - common stock | B | Dividend | J | T | | | | | |
| 8. Oriental Group - CODA Profit Sharing Plan (401K) | G | Distribution | | T | | | | | See note in Part VIII |
| 9. Caribbean Pensions - Money Purchase Plan | G | None | | T | | | | | See note in Part VIII |
| 10. Estate #1 | | None | N | T | | | | | |
| 11. -GNMA ▇▇ | | None | K | T | | | | | |
| 12. -Lehman Bros. Grantor Tr. Mtg. Tr | | None | K | T | | | | | |
| 13. - GNMA ▇▇ | | None | K | T | | | | | |
| 14. -GNMA ▇▇ | | None | K | T | | | | | |
| 15. -GNMA ▇▇ | | None | K | T | | | | | |
| 16. -GNMA ▇▇ | | None | K | T | | | | | |
| 17. -GNMA ▇▇ | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -GNMA | | None | K | T | | | | | |
| 19. -PR Commonwealth Indl. Dev. Co. Rev. Rfdg. | | None | L | T | | | | | |
| 20. -PR Hsg Bk & Fin Agy. Sing Fam Mtg. | | None | J | T | | | | | |
| 21. - First PR Tax Exempt FD Pfd | | None | M | T | | | | | |
| 22. Estate #2 | | None | N | T | | | | | |
| 23. -GNMA | | None | K | T | | | | | |
| 24. -Lehman Bros. Grantor Tr. Mtg. Tr | | None | J | T | | | | | |
| 25. - GNMA | | None | K | T | | | | | |
| 26. -GNMA | | None | K | T | | | | | |
| 27. -GNMA | | None | K | T | | | | | |
| 28. -GNMA | | None | K | T | | | | | |
| 29. -GNMA | | None | K | T | | | | | |
| 30. -GNMA | | None | K | T | | | | | |
| 31. -PR Commonwealth Indl. Dev. Co. Rev. Rfdg. | | None | L | T | | | | | |
| 32. -PR Hsg Bk & Fin Agy. Sing Fam Mtg. | | None | J | T | | | | | |
| 33. - First PR Tax Exempt FD Pfd | | None | M | T | | | | | |
| 34. Estate #3 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -George Putnam Fund of Boston Cl-A | | None | K | T | | | | | |
| 36.   Estate #4 (X) | A | Interest | N | T | | | | | See note in Part VIII |
| 37.   Cash in bank (Scotiabank) | A | Interest | K | T | | | | | |
| 38.   Cash in bank (Banco Popular) | | None | J | T | | | | | |
| 39.   -GNMA██████ | | None | K | T | | | | | |
| 40.   -Lehman Bros. Grantor Tr. Mtg. Tr | | None | J | T | | | | | |
| 41.   - GNMA█████ | | None | K | T | | | | | |
| 42.   -GNMA█████ | | None | K | T | | | | | |
| 43.   -GNMA████ | | None | K | T | | | | | |
| 44.   -GNMA████ | | None | K | T | | | | | |
| 45.   -GNMA████ | | None | K | T | | | | | |
| 46.   -GNMA████ | | None | K | T | | | | | |
| 47.   -PR Commonwealth Indl. Dev. Co. Rev. Rfdg. | | None | L | T | | | | | |
| 48.   -PR Hsg Bk & Fin Agy. Sing Fam Mtg. | | None | J | T | | | | | |
| 49.   - First PR Tax Exempt FD Pfd | | None | M | T | | | | | |
| 50.   -George Putnam Fund of Boston Cl-A | | None | K | T | | | | | |
| 51.   Brokerage Account #1 - Money Fund | A | Interest | N | T | | | | | See note in Part |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VIII |
| 52.   -Cash balance | A | Interest | K | T | | | | | |
| 53.   -GNMA ▓▓▓▓ | | None | K | T | | | | | |
| 54.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 55.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 56.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 57.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 58.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 59.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 60.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 61.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 62.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 63.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 64.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 65.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 66.   -GNMA▓▓▓▓ | | None | K | T | | | | | |
| 67.   Cash in bank (Scotiabank) (X) | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) The Accounts Receivable consisted of advances made to ▇▇▇▇▇▇▇▇▇▇▇ at 15% annual interest. Totally collected as of 12/31/2006. (Part VII, Investments and Trusts)

4) Share of net income from ▇▇▇▇▇▇▇▇▇ Part VII, Investments and Trusts)

8) Completely retired

9) Completely retired

36) New Estate

51) Investments in GNMA were purchased during November 2006. Prior to that, only cash was deposited in the account.

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████

Date _May 9, 2007_

NOTE: ANY INDI███████████████FIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544